01

02

03

04

05

06

07

08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09  STEPHANIE M. MORGAN,                     )
                                            )   CASE NO. C12-0825-MJP-MAT
10          Plaintiff,                       )
                                            )
11      v.                                   )   ORDER TO SHOW CAUSE
                                            )
12  KING COUNTY, et al.,                     )
                                            )
13          Defendants.                      )
    _____)

14

15          Counsel for defendants entered an appearance in this matter on July 3, 2012 (Dkt. 7) and

16  accepted service on behalf of defendants on July 24, 2012 (Dkt. 9).   Yet, to date, defendants

17  have neither filed an answer, nor sought an extension of time in which to do so.   Accordingly,

18  it is hereby ORDERED:

19          (1)     Defendants shall show cause within **twenty (20) days** of the date of this Order

20  why default should not be entered pursuant to Federal Rule of Civil Procedure 55(a); and

21          (2)     The Clerk is directed to send a copy of this Order to counsel for the parties and to

22  / / /

ORDER TO SHOW CAUSE
PAGE -1

01 | the Honorable Marsha J. Pechman.

02 | DATED this <u>1st</u> day of November, 2012.

04 |

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -2