UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE M. MORGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>KING COUNTY, et al.,<br><br>    Defendants. | CASE NO. C12-0825-MJP-MAT<br><br>ORDER TO SHOW CAUSE |

Counsel for defendants entered an appearance in this matter on July 3, 2012 (Dkt. 7) and accepted service on behalf of defendants on July 24, 2012 (Dkt. 9).  Yet, to date, defendants have neither filed an answer, nor sought an extension of time in which to do so.  Accordingly, it is hereby ORDERED:

(1) Defendants shall show cause within **twenty (20) days** of the date of this Order why default should not be entered pursuant to Federal Rule of Civil Procedure 55(a); and

(2) The Clerk is directed to send a copy of this Order to counsel for the parties and to

/ / /

ORDER TO SHOW CAUSE
PAGE -1

the Honorable Marsha J. Pechman.

DATED this 1st day of November, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -2