01
02
03
04
05
06

07 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
08 AT SEATTLE

09 STEPHANIE M. MORGAN, )
) CASE NO. C12-0825-MJP-MAT
10     Plaintiff, )
)
11     v. ) ORDER GRANTING
) DEFENDANTS' MOTION FOR
12 KING COUNTY, et al., ) RELIEF FROM DEADLINES
)
13     Defendants. )
_____ )
14

15     Counsel for defendants move for an order staying any further deadlines in this matter for

16 a minimum of sixty days in order to allow for resolution of the status of the parallel case filed by

17 plaintiff in state court. (Dkt. 14.) Plaintiff did not respond to the motion. Accordingly, it is

18 hereby ORDERED:

19     (1) Finding the unopposed request reasonable, defendants' Motion for Relief from

20 Deadlines (Dkt. 14) is GRANTED. The Court will not issue its Order Regarding Pretrial

21 Preparations, or other orders setting deadlines, for at least **sixty (60) days** from the date of this

22 Order. At the conclusion of that time period, barring any further requests from the parties, the

ORDER GRANTING MOTION
PAGE -1

01 | Court will lift this temporary stay on Court deadlines by issuing the appropriate order(s); and

02 |   (2) The Clerk is directed to send a copy of this Order to counsel for the parties and to

03 | the Honorable Marsha J. Pechman.

04 |   DATED this 15th day of November, 2012.

                   */s/ Mary Alice Theiler*
                   Mary Alice Theiler
                   United States Magistrate Judge

ORDER GRANTING MOTION
PAGE -2