UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE M. MORGAN, | )<br>) CASE NO. C12-0825-MJP-MAT |
| Plaintiff, | )<br>) |
| v. | ) ORDER GRANTING<br>) DEFENDANTS' MOTION FOR |
| KING COUNTY, et al., | ) RELIEF FROM DEADLINES<br>) |
| Defendants. | )<br>) |

Counsel for defendants move for an order staying any further deadlines in this matter for a minimum of sixty days in order to allow for resolution of the status of the parallel case filed by plaintiff in state court. (Dkt. 14.) Plaintiff did not respond to the motion. Accordingly, it is hereby ORDERED:

(1) Finding the unopposed request reasonable, defendants' Motion for Relief from Deadlines (Dkt. 14) is GRANTED. The Court will not issue its Order Regarding Pretrial Preparations, or other orders setting deadlines, for at least **sixty (60) days** from the date of this Order. At the conclusion of that time period, barring any further requests from the parties, the

ORDER GRANTING MOTION
PAGE -1

Court will lift this temporary stay on Court deadlines by issuing the appropriate order(s); and

(2) The Clerk is directed to send a copy of this Order to counsel for the parties and to the Honorable Marsha J. Pechman.

DATED this 15th day of November, 2012.

Mary Alice Theiler
United States Magistrate Judge