UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE M. MORGAN,

    Plaintiff,

    v.

KING COUNTY, et al.,

    Defendants.

CASE NO. C12-0825-MJP-MAT

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Stephanie Morgan, currently proceeding *pro se*, submitted a letter requesting an extension of time to retain counsel. (Dkt. 38.) Having considered that request, it is hereby ORDERED:

(1) Plaintiff failed to put her request in the form of a motion or to note her motion for consideration, and there is no indication plaintiff provided counsel for defendants a copy of her letter. Plaintiff is advised that any further requests submitted to the Court must take the form of a motion, must reflect service on counsel for defendants, and must be properly noted and otherwise in compliance with Local Civil Rule (LCR) 7.

ORDER GRANTING MOTION
PAGE -1

(2) Despite the deficiencies identified above, the Court finds it prudent to rule on plaintiff's request. Plaintiff seeks a sixty-day extension of time to retain counsel. The record reflects that this Court granted plaintiff's prior counsel's request to withdraw on April 11, 2013 (Dkt. 28), that defendants filed a motion for summary judgment on April 18, 2013 (Dkt. 29), and that the noting date for that motion – May 10, 2013 – passed without the submission of a response from plaintiff (*see* Dkt. 37). Also, in granting the request to withdraw, the Court indicated that plaintiff should advise the Court as to whether she required time to retain new counsel in light of the impending dispositive motion deadline. (Dkt. 28.) Considering these circumstances, the Court finds plaintiff's request for an extension of time reasonable. Plaintiff's motion for extension of time (Dkt. 38) is GRANTED. Plaintiff shall have **sixty (60) days** from the date of this Order to retain new counsel. Defendants' Motion for Summary Judgment (Dkt. 29) is RENOTED for consideration on **August 2, 2013**.

(2) The Clerk is directed to send a copy of this Order to plaintiff, counsel for defendants, and the Honorable Marsha J. Pechman.

DATED this 31st day of May, 2013.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION
PAGE -2