01

02

03

04

05

06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  STEPHANIE M. MORGAN,                    )
                                           )   CASE NO. C12-0825-MJP
09        Plaintiff,                       )
                                           )
10     v.                                  )   ORDER DISMISSING ACTION
                                           )
11  KING COUNTY, et al.,                   )
                                           )
12        Defendants.                      )
    _____)

13

14        The Court, having reviewed plaintiff's civil rights complaint, defendants' Motion for

15  Summary Judgment (Dkt. 29), the Report and Recommendation of Mary Alice Theiler, United

16  States Magistrate Judge, and the remaining record noting no objections to the Report and

17  Recommendation were filed, does hereby find and ORDER:

18        (1)    The Court adopts the Report and Recommendation;

19        (2)    Plaintiff's complaint and her federal claims are DISMISSED with prejudice

20               pursuant to 28 U.S.C  § 1915A(b)(1);

21        (3)    Plaintiff's state-law claims are dismissed, without prejudice, as the Court

22               declines to exercise supplemental jurisdiction; and

ORDER DISMISSING ACTION
PAGE -1

01  (4)  The Clerk is directed to send copies of this Order to plaintiff, to counsel for

02      defendants, and to the Honorable Mary Alice Theiler.

03

04  DATED this 10th day of December, 2013.

05

06

07              Marsha J. Pechman
                Chief United States District Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING ACTION
PAGE -2